**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Michael Bales Roddy

**UNITED STATES DISTRICT COURT**
**FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL BALES RODDY,** | **Case No.:** 2:24-cv-00385-DMG-MRW |
| Plaintiff, | *HON. DOLLY M. GEE* |
| v. | *HON. MAG.  MICHAEL R. WILNER* |
| **MILES WESTBROOK & DEAL, LLP. AND THE NATIONAL COLLECTION AGENCY, INC.,** | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendants. | |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

1  Plaintiff **MICHAEL BALES RODDY,** and Defendants **MILES**

2  **WESTBROOK & DEAL, LLP. and THE NATIONAL COLLECTION**

3  **AGENCY, INC.,** hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and

4  causes of action be dismissed with prejudice as to all parties named herein, with each

5  party bearing that party's own attorneys' fees and costs.

6

7  **THE CARDOZA LAW CORPORATION**

8  DATED: September 18, 2024    BY: /S/ LAUREN B. VEGGIAN

9  MICHAEL F. CARDOZA, ESQ.
   LAUREN B. VEGGIAN, ESQ.

10  ATTORNEYS FOR MICHAEL BALES RODDY

11

12

13  **KLINEDINST LAW**

14  DATED: September 18, 2024    BY: /S/ AMY P. CHAMBERS

15  AMY P. CHAMBERS, ESQ.
    ATTORNEY FOR DEFENDANT,

16  MILES WESTBROOK & DEAL, LLP.

17

18  **CARLSON & MESSER LLP.**

19  DATED: September 18, 2024    BY: /S/ DAVID KAMINSKI

20  DAVID KAMINSKI, ESQ.
    ATTORNEY FOR DEFENDANT,
    THE NATIONAL COLLECTION AGENCY, INC.

21

22

23

24

25

26

27

28

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on September 17, 2024, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED:  September 17, 2024          BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
ATTORNEY FOR PLAINTIFF
MICHAEL BALES RODDY

**ATTESTATION AND CERTIFICATE OF SERVICE**