1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL BALES RODDY,** | **Case No.:** CV24-00385-DMG-MRWx |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II) [16]** |
| v. | |
| **MILES WESTBROOK & DEAL, LLP AND THE NATIONAL COLLECTION AGENCY, INC.,** | |
| Defendant. | |

/// 17

/// 18

/// 19

/// 20

/// 21

/// 22

/// 23

/// 24

/// 25

26
27
28

Pursuant to the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, and as to all claims and causes of action. Each party shall bear that party's own attorneys' fees and costs.

DATED: September 19, 2024

_____
DOLLY M. GEE
Chief United States District Judge